UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

GMRI, Inc. d/b/a BAHAMA BREEZE,

Defendant.

Civil Action No.

COMPLAINT & JURY TRIAL DEMAND

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, and retaliation, and to provide appropriate relief to James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, who were adversely affected by such practices at Defendant's Beachwood, Ohio restaurant. The Commission alleges that Defendant subjected James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees to a racially harassing environment, which included Defendant's continued use of racial epithets, Defendant's mocking the black employees through what it perceived to be their wardrobe, form of speech, and mannerisms, and Defendant imposing unequal terms and conditions upon its black employees such as denying to them breaks, leave, and opportunities for advancement. Moreover, Defendant threatened to reduce the hours and actually did reduce the hours of black employees

who complained to Defendant about its treatment of them. Moreover, with respect to Vatisha Graves, Defendant's racial harassment of her and its imposition of unequal terms, conditions, and privileges of employment resulted in her constructive discharge.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Ohio.

PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C., Section 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant GMRI, Inc. d/b/a Bahama Breeze ("Defendant") has continuously been a Florida corporation doing business in Beachwood, Ohio, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, James Vaughn, Vatisha Graves, and Robert Williams filed charges with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 1, 2005, Defendant has engaged in unlawful employment practices at its Beachwood, Ohio facility in violation of Section 703(a) and 704(a) of Title VII , 42 U.S.C. Section 2000e-2(a) and 3(a). These practices include the following:

a. Referring to and addressing its black employees as "nigger," "Aunt Jemima," "home boy," "stupid nigger," "you people," including several other remarks insulting and stereotypical towards blacks;

b. Refusing to afford black employees (aggregated by Defendant in the "Heart of the House" *i.e.* away from customer contact), equal terms, conditions, and privileges of employment afforded to white employees, such as breaks, food, equal application of attendance and tardiness rules, work assignments, and opportunities for advancement within the company;

c. Retaliating against black employees who complain of harassment by threatening to reduce or actually reducing their work hours;

d. Constructively discharging Vatisha Graves for the above-described conduct.

8. The effect of the practices complained of in paragraph 7 above has been to deprive James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, of equal employment opportunities and otherwise adversely affect their employment status because of race and because of their engaging in protected activity.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees,

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in employment practices which discriminate on the basis of race, in violation of Section 703(a) of Title VII, 42 U.S.C. Section 2000e-2(a).

B. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in employment practices which discriminate on the basis of an employee's protected activity, in violation of Section 704(a) of Title VII, 42 U.S.C. Section 2000e-3(a).

C. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for its black employees and which eradicate the effects of Defendant's past and present unlawful employment practices.

D. Order Defendant to make whole James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, by providing appropriate back pay with prejudgment interest in amounts to be determined at trial, an offer of rightful-place reinstatement to Graves or in the alternative front pay, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices.

E. Order Defendant to pay James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F. Order Defendant to make whole James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, by providing compensation for pecuniary losses, including job search expenses.

G. Order Defendant to make whole James Vaughn, Vatisha Graves, Robert Williams, and a class of black employees, by providing compensation for non-pecuniary losses, including emotional pain, suffering, mental anguish, embarrassment, and isolation, in amounts to be proven at trial.

H. Grant such further relief as the Court deems necessary and proper in the public interest.

I. Award the Commission its costs in this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in the Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JACQUELINE H. MCNAIR
Regional Attorney
Jacqueline.McNair@eeoc.gov

DEBRA M. LAWRENCE
Supervisory Trial Attorney
Debra.Lawrence@eeoc.gov

WOODY ANGLADE
Trial Attorney
Woody.Anglade@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
801 Market Street
13th Floor
Philadelphia, Pennsylvania 19103-3127
(215) 440-2814